**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2361**

In re: JEAN PAUL ALVARADO,

Petitioner.

On Petition for Writ of Mandamus.
(5:12-cr-00030-MFU-RSB-1; 5:17-cv-81250-MFU-RSB)

Submitted:  December 20, 2018                    Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jean Paul Alvarado, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Paul Alvarado petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied relief on Alvarado's motion on November 15, 2018. Accordingly, because the district court has recently decided Alvarado's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*